# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA TYSON, | ) 1:09-cv-1308 OWW GSA |
| | ) |
| | ) |
| | ) ORDER GRANTING APPLICATION |
| Plaintiff, | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| v. | ) (Document 2) |
| | ) |
| THE ARIZONA STATE BOARD OF | ) |
| NURSING, et al., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff Anna Tyson, appearing pro se, filed the instant complaint on July 27, 2009. Also on July 27, 2009, Plaintiff submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and her application is therefore GRANTED.

    IT IS SO ORDERED.

    Dated:  **July 31, 2009**               **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE